THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL PIECZYNSKI, :
:
    Plaintiff, :
v. : 3:16-MC-339
: (JUDGE MARIANI)
WELLS FARGO BANK N.A., :
:
    Defendant. :

## ORDER

AND NOW, THIS 27TH DAY OF FEBRUARY, 2017, IT IS HEREBY ORDERED THAT:

1. This matter is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.[1]

2. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                                 Robert D. Mariani
                                                                 United States District Judge

---

[1] On February 14, 2017, Plaintiff filed a "Notice of Removal" on this docket in regard to an ejectment action Wells Fargo has brought against Plaintiff in state court. (Doc. 18). This action, however, is not properly before this Court. To properly remove the state court action, Plaintiff was required to initiate a new federal civil action, not merely file a notice of removal on the docket of an already pending federal action. 28 U.S.C. § 1446. Consequently, this notice of removal did not function to remove the state court action, and that matter, therefore, remains pending in the Luzerne County Court of Common Pleas.