# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL PIECZYNSKI,                            :
                                            :
            Plaintiff,                      :
                                            :
      v.                                    :     3:16-MC-339
                                            :     (JUDGE MARIANI)
WELLS FARGO BANK N.A.,                      :
                                            :
            Defendant.                      :

## ORDER

AND NOW, THIS _2nd_ DAY OF _April_ , 2017, upon consideration of

Plaintiff's Motion for Reconsideration, (Doc. 24), **IT IS HEREBY ORDERED THAT** Plaintiff's

Motion is **DENIED**. This matter remains **CLOSED**.

_____
Robert D. Mariani
United States District Judge